UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                                                     :

GORDON SURGICAL GROUP, P.C. ET AL.,       :

                                                                            :         25 Civ. 3035 (PAE)

                                       Plaintiffs,    :

                                                                             :                ORDER

                            -v-                        :

                                                                             :

EMPIRE HEALTHCHOICE HMO, INC. ET AL.,  :

                                                                             :

                                    Defendants.  :

                                                                             :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The parties jointly requested a stay of this action on April 15, 2025 in order to negotiate a global resolution of plaintiff's claims in this case and other pending cases. Dkt. 7. On April 16, 2025, the Court granted the request for a stay and ordered the parties to file a joint status update no later than July 15, 2025, and every 30 days thereafter. Dkt. 8. No such status update has been filed. The Court directs the parties to file a status update by September 5, 2025, and to file status updates every 30 days thereafter.

       SO ORDERED.

                                                                                            Paul A. Engelmayer
                                                                                           United States District Judge

Dated: August 22, 2025
        New York, New York