**HARRIS BEACH MURTHA**
ATTORNEYS AT LAW

October 28, 2025

THE OMNI
333 EARLE OVINGTON BLVD, SUITE 901
UNIONDALE, NEW YORK 11553
516.880.8484

**ROY W. BREITENBACH**
MEMBER
DIRECT:   516.880.8378
FAX:   516.880.8483
RBREITENBACH@HARRISBEACHMURTHA.COM

VIA ECF

The Hon. Paul A. Engelmayer
United States District Judge
United Sates District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

RE:   *Gordon Surgical Group, P.C.*, et al. v. *Empire HealthChoice HMO, Inc.*, et ano.,
Case No. 1:25-cv-03035-PAE

Dear Judge Engelmayer:

We represent the Plaintiffs in this lawsuit. We are aware that November 5, 2025 is the deadline for Defendants to respond to our Complaint in this lawsuit. We have advised Defendants' counsel this week that we intend to file an Amended Complaint to streamline and simplify our allegations and to reduce the number of medical claims at issue in this lawsuit. We have informed Defendants' counsel that we would be prepared to file this Amended Complaint by the end of next week, November 7, 2025. Based upon this, the parties jointly request that Your Honor set November 7, 2025 as a deadline for Plaintiffs to serve an Amended Complaint, and December 8, 2025 as a deadline for Defendants to respond to that Amended Complaint.

Respectfully,

*Roy W. Breitenbach*

Roy W. Breitenbach

RWB:

cc:   Valerie Sirota, Esq.

GRANTED.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Date: October 31, 2025
New York, New York