**▊HARRIS BEACH MURTHA**
▊ATTORNEYS AT LAW

December 8, 2025

THE OMNI
333 EARLE OVINGTON BLVD, SUITE 901
UNIONDALE, NEW YORK 11553
516.880.8484

**ROY W. BREITENBACH**
MEMBER
DIRECT:    516.880.8378
FAX:   516.880.8483
RBREITENBACH@HARRISBEACHMURTHA.COM

Hon. Paul A. Engelmayer
United States District Court for the Southern
District of New York
40 Foley Square
New York, NY 10007

RE:    Gordon Surgical Group, P.C. et al. v. Empire HealthChoice HMO Inc. et al.
       Civil Action No. 1:25-cv-03035
       Parties' Joint Request for Extension to File Amended Complaint

Your Honor:

This firm represents Plaintiffs in the above captioned matter. Counsel for Defendants Empire HealthChoice HMO, Inc. and Empire HealthChoice Assurance, Inc. (collectively "Empire") join in this request.

Pursuant to your Order of October 31, 2025 [ECF No. 15], Plaintiffs were to file an Amended Complaint by November 7, 2025. Plaintiffs have not yet filed an Amended Complaint in light of the parties' on-going settlement negotiations.

The parties continue to engage in ongoing, meaningful settlement discussions in this matter and would like additional time to work out the details of a potential settlement. As such, the parties jointly request that Plaintiffs be granted an additional thirty (30) days from the date of this request to file an Amended Complaint, and an equivalent extension of Defendants' time to respond to the Amended Complaint.

The parties appreciate your attention to this request.

GRANTED.

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

Date: December 8, 2025
New York, New York

Very truly yours,

_Roy W. Breitenbach_

Roy W. Breitenbach